UNITED VIDEO BUYERS ASSOCIATION v. NORTH PENN TRANSFER, INC.

November 10, 1986.

Petition for certification granted. (See 211 *N.J.Super.* 584)

JULIA DRAGWA v. NEW JERSEY HIGHWAY AUTHORITY.

November 10, 1986.

Petition for certification denied.

JOSEPH BARBAGALLO v. AMERICAN RELIANCE INSURANCE COMPANY.

November 10, 1986.

Petition for certification denied.